COMMONWEALTH *vs.* CERTAIN INTOXICATING LIQUORS, Hugh
Owen, claimant.

The St. of 1869, *c.* 438, authorizing the superior court to report questions of law for the
determination of this court before verdict, does not apply to criminal cases.

COMPLAINT to a trial justice, on the St. of 1869, *c.* 415, §§ 37,
44, for a warrant to search a vehicle for intoxicating liquors. The
liquors were seized on the warrant, and Hugh Owen was sum-
moned as claimant. He appeared accordingly in the superior
court, and made objection to the maintenance of the proceedings,
raising a question of law, which *Wilkinson,* J., reported, with the
consent of the defendant and of the attorney for the Common-
wealth, before verdict, for the determination of this court.

*W. D. Northend,* for the claimant.

*C. Allen,* Attorney General, for the Commonwealth.

BY THE COURT. This court has no jurisdiction of the ques-
tion argued until after the case shall have been finally disposed of

---

in the superior court. The power of that court to report a question of law arising in a criminal case can only be exercised after conviction, and " if the defendant desires it or consents to it." Gen. Sts. c. 173, § 8. The St. of 1869, c. 438, authorizing the superior court, " by consent of the parties to the suit," to report to .this court before verdict " questions of law, whether arising upon a trial or other proceeding," was manifestly intended to apply to civil cases only, amending in this respect the Gen. Sts. c. 115, § 6 ; and not to change the distinct provision of statute regulating the practice in criminal cases.

In *Commonwealth* v. *Intoxicating Liquors*, 103 Mass. 448, and *Commonwealth* v. *Harvey*, Ib. 451, this point was not brought to the notice of the court. *Report dismissed.*